# IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEMIMA SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br><br>    Defendants. | NO. 23-cv-05791 |

## PLAINTIFF'S COUNSELS MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL PURSUANT TO LR83.17

NOW COMES Plaintiff's counsel, GORDON GORDON & CENTRACCHIO, LLP, with their Motion to Withdraw as Plaintiff's Counsel Pursuant to LR83.17, states in support as follows;

1. Plaintiff and Plaintiff's counsel have irreconcilable differences and Plaintiff's counsel is unable to continue with the representation of Plaintiff in this matter.

2. Plaintiff's counsel seeks leave to withdraw as the counsel of record for Plaintiff.

3. Plaintiff is not prejudiced as there is still ample time on the discovery schedule for her to either litigate the matter pro se, or secure new representation.

WHEREFORE, Plaintiff's counsel, GORDON GORDON & CENTRACCHIO, LLP, pray this Honorable Court grant their Motion to Withdraw as Plaintiff's Counsel Pursuant to LR83.17, by entering an order granting leave for the law firm of GORDON GORDON & CENTRACCHIO, LLP, and its attorney, ROBERT THOMAS, to withdraw as counsel for Plaintiff, give Plaintiff time to secure new counsel, and grant any other relief deemed necessary and proper.

                        Respectfully submitted,

                        By: /s/ Robert Thomas

Robert Thomas
Gordon Gordon & Centracchio, LLP
211 W. Wacker, Ste. 550
Chicago, IL 60606
(312) 332-5200
rct@ggclaw.com
service@ggclaw.com
ARDC: 6328792
Attorneys for Plaintiff.

## Certificate of Service

      I, the undersigned attorney, certify that on July 8, 2024, served upon the parties/persons below, Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff Pursuant to LR83.17, via the cm/ecf system and via regular mail, certified mail, registered mail and email.

Stacie E. Barhorst (she/her/hers)
Assistant Attorney General
General Law Bureau
Government Representation Division
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 415-2240 (cell)
(312) 814-3735 (office)
stacie.barhorst@ilag.gov
**Attorney for Defendant**

Jemima Sanchez
1316 W. Cullerton St.
Bsmnt. Rear
Chicago, IL 60608
jemimasanchez@hotmail.com
**Plaintiff**

                                            Respectfully submitted,

                                            By: /s/ Robert Thomas

Robert Thomas
Gordon Gordon & Centracchio, LLP
211 W. Wacker, Ste. 550
Chicago, IL 60606
(312) 332-5200
rct@ggclaw.com
service@ggclaw.com
ARDC: 6328792
Attorneys for Plaintiff.