IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEMIMA SANCHEZ, | |
| Plaintiff, | NO. 23-cv-05791 |
| v. | Hon. Elaine E. Bucklo |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, July 18, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Bucklo in the courtroom usually occupied by her in the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL, or before such other judge who may be sitting in her place and stead, and then and there present PLAINTIFFS' MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL, at which time and place you may appear if you see fit.

Stacie E. Barhorst
Assistant Attorney General
General Law Bureau
Government Representation Division
115 S. LaSalle St.
Chicago, Illinois 60603
    Via email: stacie.barhorst@ilag.gov
Attorney for Defendant

Jemima Sanchez
1316 W. Cullerton St.
Bsmnt. Rear
Chicago, IL 60608
    Via email: jemimasanchez@hotmail.com
Plaintiff

                                      Respectfully submitted,
                                      **JEMIMA SANCHEZ**

By:   */s/ Robert Thomas*
                                      One of Plaintiffs' Attorneys

GORDON GORDON CENTRACCHIO, LLP
211 W. Wacker Dr. #550
Chicago, IL 60606
(312) 332-5200
ARDC No.: 6328792
rct@ggclaw.com
Rule 11 Service: service@ggclaw.com
*Attorneys for Plaintiff*