## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jemima Sanchez

                        Plaintiff,

v.                                                 Case No.: 1:23−cv−05791

                                                          Honorable Georgia N Alexakis

Illinois Department of Employment Security (IDES)

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report for reassigned cases [40]. The parties are directed to appear before the Court for a status hearing on 10/10/24 at 9:30 a.m. Plaintiff is directed to retain an attorney by that date; plaintiff's attorney should enter an appearance and be present at the status hearing. If plaintiff has not retained an attorney by the status hearing, plaintiff should be prepared to inform the Court of efforts that she has made to retain an attorney, and the parties should be prepared to discuss their progress on fact discovery. Plaintiff is cautioned that this case can proceed while she is pro se, meaning even if she has been unable to retain an attorney. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.