IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jemima Sanchez, | |
| Plaintiff, | No. 23 C 5791 |
| v. | Judge Georgia N. Alexakis |
| Illinois Department of Employment Security, | Magistrate Judge Laura K. McNally |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiff, Jemima Sanchez ("Plaintiff"), *pro se*, and Defendant, Illinois Department of Employment Security ("Defendant"), by and through its attorney, Kwame Raoul, Attorney General of Illinois, and pursuant to the Court's January 21, 2025, Order, ECF No. 55, and February 6, 2025, Order, ECF No. 57[1], submit the following joint status report.

### I. Status of Discovery

Fact discovery is set to close on May 2, 2025, with expert discovery to close by August 1, 2025. ECF No. 31.

Defendant issued to Plaintiff interrogatories and requests for production of documents on November 15, 2024. Plaintiff has not responded to Defendant's interrogatories or requests for production of documents. Additionally, Plaintiff has not issued any interrogatories, request for production of documents, or requests for admission to Defendant.

On January 21, 2025, Plaintiff sought an extension of time to respond to Defendant's discovery. ECF No. 54. The Court, without objection from Defendant, granted Plaintiff an extension of time to respond to Defendant's discovery until February 7, 2025. ECF No. 55.

On February 5, 2025, Plaintiff emailed Defendant to request an additional extension of time to respond to the discovery requests issued to her. Defendant responded that it would

---

[1] The Court Ordered the Parties to submit a joint status report by February 17, 2025. Because February 17, 2025, was a legal holiday (*see* General Order 24-000, available at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_clerksoffice/rules/admin/pdf-orders/General%20Order%2024-0001%20-%202025%20Holiday%20Closures.pdf), pursuant to Federal Rule of Civil Procedure 6(a)(1)(c) the last day of the period for the Parties to submit a joint status report is February 18, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C).

oppose the relief requested should Plaintiff move for an additional extension of time to respond to discovery issued to her.

On February 6, 2025, Plaintiff sought an additional extension of time to respond to Defendant's discovery, claiming that she is "contracting with legal representation," who required additional time. *See* ECF No. 56. This Court ordered Plaintiff to respond to Defendant's interrogatories and requests for production of documents by February 21, 2025. ECF No. 57.

The parties met and conferred on February 7, 2025, and Plaintiff indicated that she had not yet contacted an attorney.

Defendant is awaiting Plaintiff's responses to the interrogatories and requests for production of documents issued to Plaintiff in order to depose Plaintiff. Additionally, Plaintiff's responses are necessary to determine whether Defendant should issue further discovery requests.

II. **Settlement**

No settlement discussions have taken place, and the parties do not request a settlement conference at this time.

Dated: February 18, 2025

Respectfully submitted,

By: /s/ Jemima Sanchez
Jemima Sanchez
5931 S May Street
Chicago, Illinois 60621
jemimasanchez@hotmail.com
*Pro se Plaintiff*
*(with consent)*

By: /s/ Kamil Z. Merchant
Kamil Z. Merchant
Office of the Illinois Attorney General
General Law Bureau
Government Representation Division
115 S. LaSalle St.
Chicago, IL 60603
kamil.merchant@ilag.gov
(312) 415-9889
*Counsel for Illinois Department of Employment Security*